## FAHY v. MAYOR, ETC., OF CITY OF NEW YORK.

(Circuit Court of Appeals, Second Circuit. February 20, 1893.)

No. 32.

Appeal from the District Court of the United States for the Southern District of New York.

In admiralty. The libel was filed by Michael Fahy against the mayor, aldermen, and commonalty of the city of New York to recover for loss of a canal boat sunk at respondents' wharf. From a decree for the libelant (49 Fed. 389) for one-half the amount of his damage, both parties appeal.

J. A. Hyland, for Fahy.
James M. Ward, for the mayor, etc.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We agree with the opinion of the court below in this cause (49 Fed. 389), and affirm the decree, with interest, and without costs in this court to either party.